B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. 09-10361-13
CRUZ TORRES, AMARILYS
Debtor(s) Chapter 7

## AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** DORAL BANK | **Describe Property Securing Debt:** Residential property located at Reparto San Jose, H-19 Pical |
| Property will be *(check one)*: ☐ Surrendered ☑ Retained | |
| If retaining the property, I intend to *(check at least one)*: ☐ Redeem the property ☐ Reaffirm the debt ☑ Other. Explain **Retain and pay pursuant to contract** _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is *(check one)*: ☑ Claimed as exempt ☐ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |
| Property will be *(check one)*: ☐ Surrendered ☐ Retained | |
| If retaining the property, I intend to *(check at least one)*: ☐ Redeem the property ☐ Reaffirm the debt ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). | |
| Property is *(check one)*: ☐ Claimed as exempt ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 5/3/2011

Signature of Debtor

Signature of Joint Debtor